IN THE UNITED STATES DISTRICT COURT

FILED
DEC 14 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

MICHAEL F DISCH
PLAINTIFF

VS

HEARTLAND REGIONAL MEDICAL CENTER
DOCTOR BYRON WILLIAMSON
DOCTOR DOOLITTLE SR
DOCTOR RANDY BALMFORTH
DOCTOR DENIS KUZEL J

CASE NO 16-1343-NJR

CIVIL ACTION COMPLAINT LAW SUIT PERSONAL INJURY MEDICAL MALPRACTICE

"JURISDICTION"

1 PURSUANT TO 5-USC-702 THIS COURT SHALL HAVE JURISDICTION TO HEAR THIS MATTER BEFORE THIS COURT "MEDICAL MALPRACTICE" AS HEARTLAND REGIONAL MEDICAL CENTER AND ALL DEFENDANTS LIVE WITH IN THIS COURT'S JURISDICTION.

2 IN ACCORD WITH THE PRIVICONS OF THE PLRA. THE PLRA DOSE NOT APPLY IN THIS CASE AS THIS CASE DOSE NOT INVOLVE PRISON CONDITION'S NOR ARE ANY DEFENDENTS FEDERAL PRISON EMPLOYEES,

CLAIM ONE
"MEDICAL MALPRACTICE"

ALL DENFENDANT'S CAN BE SERVICED AT
HEARTLAND REGIONAL MEDICAL CENTER
3333 WEST DEYOUNG STREET
MARION ILLINOIS 62959.

FILED
DEC 14 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS OFFICE

3 ON May. 10, 2016 I was taken to Heartland Regional Medical Center, at 3333 West Deyoung Street, Marion Illinois 62959. at about 5 PM, where Physician Denis Kuzelj started my Emergency care ER Physician Byron Williamson was asinged to handle my treatment. I was sent to the emergency Room for a GI bleed (Vomiting blood and bleeding Rectally) and an acetaminophen (Tylenol) overdose.

4. at 02:50 am DR Williamson attempted to place a Right IJ Central Line in my Neck after 3 attempts he placed a Subclavain Triple Lumen Catheter in my Right Subclavian Vein. When DR Williamson inserted the subclavian catheter he gave me a Pneumothorax (Collapsed Lung) Due to the improper placement of the introducer catheter he punched my lung, at 03:01 am on 5-11-16 I Had a X-ray for central line placement. The X-ray Report By DR Randy Balmforth stated there was no Pneumothorax at this time about 830 am I was transfered to Deaconess Hospital in evansville indiana. about 11.30 am I was in the ICU a chest X ray was done and they found the Right upper lobe pneumothorax. DR Balmforth Missed this delaying life saving treatment Being Done.

5 OVER THE NEXT 2 DAYS THE PNEUMOTHORAX INCREASED IN SIZE BY 50% AND I HAD A CHEST TUBE PLACED IN MY RIGHT LUNG FOR THE NEXT 3 DAYS I WAS IN GREAT PAIN WITH A TUBE IN MY ~~CHE~~ ~~CHE~~ CHEST.

6 DR WILLIAMSON COMMITED MEDICAL MALPRACTICE WITH THE IMPROPER PLACEMENT OF THE CENTRAL LINE CAUSING A COLLAPSED LUNG AND PLACING ME IN THE ICU AND GREAT PAIN WITH A TUBE IN MY RIGHT LUNG FOR THIS INJURY CAUSED BY DR WILLIAMSON I AM ASKING FOR THE SUM OF $ 250,000 FROM DR WILLIAMSON

7 DR KUZELJ WAS THE ATTENDING PHYSICIAN AND SHOULD OF CHECKED ON DR WILLIAMSON" PROCEDURE I AM ASKING FOR THE SUM OF $ 150,000 FROM DR KUZELJ.

8 DR BALMFORTH READ THE X-RAY AND MISSED THE PNEUMOTHORAX AND PUT IN HIS REPORT DATED 5-11-16. BY HIS NEGLEGENCE I COULD OF DIED THERE IS NO WAY HE SHOULD OF MISSED THIS. FOR PUTTING MY LIFE IN DANGER I AM ASKING FOR THE SUM OF $ 500,000. FROM DR BALMFORTH.

9 DR DOOLITTLE [SB] AND HEARTLAND REGIONAL MEDICAL CENTER ARE RESPONCIBLE ~~F~~ FOR THE DOCTORS TRAINING AND FOR OVERALL CARE OF PATIENTS IN THERE HOSPITAL, I AM ASKING FOR THE SUM OF $250,000 FROM EACH OF THESE TWO DEFENDANTS,

10 ALL DEFENDANTS ARE HEREBY SUED IN THEIR INDIVIDUAL CAPACITY AND THEIR PROFESIONAL CAPACITY



CONCLUSION

The PLAINTIFF have STATED The above FACTS UNDER PENALTY OF PERJURY IN accord's WITH 28-USC-1746 and SUCH FACTS are TRUE and CORRECT.

PREPARED This 9 DAY OF DECEMBER 2016

RESPECTFULLY SUBMITTED
by MICHAEL F DISCH
PLAINTIFF
03398-424
USP MARION
PO BOX 1000
MARION IL 62959

[illegible]

[illegible]

[illegible]

DISCH
-424
RLON
1000
N IL 62959

CLERK OF COURT
750 MISSOURI AVE
ROOM 104
EAST ST LOUIS ILLINOIS
62201

L CLEARED
MARSHALS

